UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. KEVIN MANIERI, | Case No.: 5:15CV611 |
| Plaintiff-Relator, | JUDGE LIOI |
| v. | |
| AVANIR PHARMACEUTICALS, INC., | |
| and | UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART |
| DEEPAK RAHEJA, | |
| Defendants. | **FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States respectfully advises the Court of its election to intervene in part, for the purpose of settlement with respect to claims against Defendant Avanir Pharmaceuticals, Inc.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

JOSEPH H. HUNT
Assistant Attorney General

Andy Mao
Jamie A. Yavelberg
Natalie A. Waites
Attorneys
U.S. Department of Justice
Civil Division
P.O. Box 261
Washington, D.C. 20044
Phone: (202) 616-2964
E-mail: Natalie.A.Waites@usdoj.gov

By: /s/ Patricia M. Fitzgerald
Patricia M. Fitzgerald (PA #308973)
Brendan F. Barker (IL Bar #6299039)
Assistant U.S. Attorneys
United States Courthouse
801 West Superior Avenue
Suite 400
Cleveland, OH 44113
Phone: (216) 622-3779/3795
E-Mail: Patricia.Fitzgerald2@usdoj.gov
E-Mail: Brendan.Barker@usdoj.gov

ATTORNEYS FOR THE
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

A copy of the United States' Notice of Election to Intervene in Part will be sent by regular U.S. Mail on the 26th day of September 2019 to:

Ann Lugbill
Murphy Anderson, PLLC
2406 Auburn Avenue
Cincinnati, OH 45219

Robert Scott Oswald
The Employment Law Group, P.C.
888 17th Street, N.W., Suite 900
Washington, DC 20006

/s/ Patricia M. Fitzgerald
Patricia M. Fitzgerald
Assistant U.S. Attorney