**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
Eastern Division (Akron)**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *ex rel.* ) | |
| ) | CIVIL NO. 5:15-cv-611 |
| **KEVIN MANIERI**, Relator, ) | |
| Plaintiffs, ) | JUDGE SARA LIOI |
| ) | |
| v. ) | |
| ) | |
| **AVANIR PHARMACEUTICALS, INC.**, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF- RELATOR'S UNOPPOSED MOTION FOR UNSEALING OF ORDER**

Plaintiff-Relator moves this Court to unseal the Court's Order issued on or about September 24, 2019, entered in response to Plaintiff-Relator's Unopposed Motion, and entered on or about September 24, 2019. The United States, through Assistant U.S. Patricia Fitzgerald of the N.D. Ohio, stipulates to the entry of the attached Proposed Order.

**MEMORANDUM IN SUPPORT**

Plaintiff-Relator requests that this Court enter the attached Order to unseal the Court's Order issued on or about September 24, 2019 in response to Plaintiff-Relator's Unopposed Motion (also filed on or about September 24, 2019). The Order was issued by the Court while the case was sealed. Pursuant to the Court's more general Order of unsealing (Doc. 23), all pleadings other than the Complaint and filed prior to the Government's September 26, 2019 Notice of Intervention (Doc. 25), are to remain sealed. Thus, the Order in response to Plaintiff-Relator's Motion was sealed as it was filed prior to Doc. 25. There is no longer a need for such a

1

seal on this Order and, therefore, Plaintiff-Relator, with the consent of the United States, seek unsealing of the Order.

Accordingly, Plaintiff-Relator respectfully requests that this Court enter an Order unsealing its prior Order issued on or about September 24, 2019.

Respectfully submitted,


    s/Ann Lugbill
Ann Lugbill (0023632)
Murphy Anderson, PLLC
2406 Auburn Avenue
Cincinnati, OH 45219
Phone:  (513) 784-1280
Fax: (877) 784-1449
*alugbill@murphypllc.com*

Janel Quinn
Robert Scott Oswald
The Employment Law Group, P.C.
888 17th Street, N.W., Suite 900
Washington, D.C. 20006
Phone:  (202) 261-2810
Fax:  (202) 261-2835
*jquinn@employmentlawgroup.com*
*soswald@employmentlawgroup.com*

**Attorneys for Plaintiff-Relator Kevin Manieri**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
Eastern Division (Akron)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *ex rel.* ) | |
| ) | CIVIL NO. 5:15-cv-611 |
| ) | |
| **KEVIN MANIERI**, Relator, ) | JUDGE SARA LIOI |
|     Plaintiffs, ) | |
| ) | |
|     v. ) | |
| ) | |
| **AVANIR PHARMACEUTICALS, INC.**, ) | |
| ) | |
|     Defendant. ) | |

**[PROPOSED] STIPULATED ORDER OF UNSEALING**

WHEREAS, Plaintiff-Relator Manieri and the United States agree to unsealing the Court's Order regarding partial dismissal of this action without prejudice and represent to the Court that there is no longer a need to keep the Order sealed;

WHEREAS, the Court, having been informed that Plaintiff-Relator and the United States have agreed to the unsealing, finds that such an action is appropriate; it is hereby

ORDERED that the Order entered by the Court on or about September 24, 2019 in response to Plaintiff-Relator Manieri's Motion, be and is unsealed.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2019, a true and correct copy of the foregoing was filed and served upon the following as set forth below.

            s/Ann Lugbill
            Ann Lugbill (0023632)
            Murphy Anderson, PLLC
            2406 Auburn Avenue
            Cincinnati, OH 45219
            Phone: (513) 784-1280/202-223-2620
            Fax: (877) 784-1449
            *alugbill@murphypllc.com*

**Counsel for the Department of Justice:**

| | |
|---|---|
| *Via Email and U.S. Mail:* | *Via Email and ECF:* |
| Natalie A. Waites, Esq. | Steven J. Paffilas, Esq. |
| U.S. Department of Justice | Patricia Fitzgerald, Esq. |
| Civil Division, Civil Fraud Section | Assistant U.S. Attorneys |
| P.O. Box 261 | United States Courthouse |
| Ben Franklin Station | 801 West Superior Avenue, Suite 400 |
| Washington, DC 20044 | Cleveland, Ohio 44113-1852 |
| Phone: (202) 616–2964 | Phone: (216) 622-3779 (Fitzgerald) |
| *natalie.a.waites@usdoj.gov* | Fax: (216) 522-2404 |
| | *Steve.Paffilas@usdoj.gob* |
| | *Patricia.Fitzgerald2@usdoj.gov* |

**Counsel for Relator:**

*Via Email and ECF:*
Janel Quinn
R. Scott Oswald
The Employment Law Group, P.C.
888 17th Street, N.W., Suite 900
Washington, D.C. 20006
Phone: (202) 261-2810
Fax: (202) 261-2835
*jquinn@employmentlawgroup.com*
*soswald@employmentlawgroup.com*