**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
Eastern Division (Akron)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, *ex rel.* | ) | |
| | ) | CIVIL NO. 5:15-cv-611 |
| **KEVIN MANIERI**, Relator, | ) | |
| Plaintiffs, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| **AVANIR PHARMACEUTICALS, INC.**, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF- RELATOR'S STATUS REPORT**

Pursuant to this Court's Order, Plaintiff-Relator Kevin Manieri hereby provides the Court with a report regarding the status of this matter:

1.  The United States' False Claims Act claims arising under 31 U.S.C. § 3729 *et seq.* against Defendant Avanir are dismissed pursuant to a settlement. (Doc. 28). There are no remaining pending False Claims Act *qui tam* or other claims by the United States or by the Relator on behalf of the United States.

2.  Defendant Deepak Raheeja was dismissed by Court Order in all aspects. (Doc. 24).

3.  Defendant Avanir and Plaintiff Manieri this week resolved certain claims arising under 31 U.S.C. § 3729 *et seq.* Plaintiff will file a partial dismissal of those claims with prejudice next week.

4.  Avanir Counsel, Matthew Dunn of Covington & Burling in Washington, D.C., has agreed to accept service of the Complaint under Rule 4's waiver of service provisions.  Plaintiff

Manieri will promptly proceed, following filing of the partial dismissal noted above, to serve the Complaint.

5. Remaining to be addressed are:

   a. Plaintiff Kevin Manieri's False Claims Act whistleblower employment retaliation claim under 31 USC § 3730(h) and other related claims he may pursue, including for attorneys' fees, costs, and expenses related to prosecution of his employment claims. Plaintiff Manieri made an initial settlement demand to Defendant Avanir in May 2019, in an effort to resolve his whistleblower retaliation claim. While Defendant Avanir has acknowledged that it has not responded, it has made no counter offer.

   b. The setting of a Case Management Conference, case deadlines, and a trial date.

Respectfully submitted,

s/Ann Lugbill
Ann Lugbill (0023632)
Murphy Anderson, PLLC
2406 Auburn Avenue
Cincinnati, OH 45219
Phone:  (513) 784-1280
Fax: (877) 784-1449
*alugbill@murphypllc.com*

Janel Quinn
Robert Scott Oswald
The Employment Law Group, P.C.
888 17th Street, N.W., Suite 900
Washington, D.C. 20006
Phone:  (202) 261-2810
Fax:  (202) 261-2835
*jquinn@employmentlawgroup.com*
*soswald@employmentlawgroup.com*

**Attorneys for Plaintiff-Relator Kevin Manieri**

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2019, a true and correct copy of the foregoing was

filed and served upon the following as set forth below.


    s/Ann Lugbill
Ann Lugbill (0023632)
Murphy Anderson, PLLC
2406 Auburn Avenue
Cincinnati, OH 45219
Phone:  (513) 784-1280/202-223-2620
Fax:  (877) 784-1449
*alugbill@murphypllc.com*


**Counsel for the Department of Justice:**

*Via Email and U.S. Mail:*
Natalie A. Waites, Esq.
U.S. Department of Justice
Civil Division, Civil Fraud Section
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Phone: (202) 616–2964
*natalie.a.waites@usdoj.gov*

*Via Email and ECF:*
Steven J.  Paffilas, Esq.
Patricia Fitzgerald, Esq.
Assistant U.S. Attorneys
United States Courthouse
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852
Phone: (216) 622-3779 (Fitzgerald)
Fax:  (216) 522-2404
*Steven.Paffilas@usdoj.gov*
*Patricia.Fitzgerald2@usdoj.gov*


**Counsel for Relator:**

*Via Email and ECF:*
Janel Quinn
R. Scott Oswald
The Employment Law Group, P.C.
888 17th Street, N.W., Suite 900
Washington, D.C. 20006
Phone:  (202) 261-2810
Fax:  (202) 261-2835
*jquinn@employmentlawgroup.com*
*soswald@employmentlawgroup.com*

3

**<u>Courtesy Copy to Counsel for Defendant Avanir</u>**:

*Via email:*

Matthew Dunn
Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5314 | mdunn@cov.com
www.cov.com